UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RUDY A. MUMMEY, : CHAPTER 13
       Debtor :
: CASE NO. :4-17-bk-00833JJT

## WITHDRAWAL

AND NOW, this 12th day of May, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that The Reschedule the 341 Meeting for failure to provide tax returns to the Trustee docketed at Docket Number 11 be withdrawn as it was filed in error.

Respectfully submitted,

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717-566-6097

BY: /s/ James K. Jones
James K. Jones
Staff Attorney

## CERTIFICATION OF SERVICE

AND NOW, this 12th day of May, 2017, I, Amy S. Powell, hereby certify that I served a copy of the Withdrawal either electronically or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, first class mail, postage prepaid, addressed to the following:

Brian Kerstetter, Esquire
1202 West Market Street
Lewisburg, PA 17837
Email: crissy@kerstetterlaw.com

/s/ Amy S. Powell
Amy S. Powell
Paralegal to Charles J. DeHart, III
Standing Chapter 13 Trustee