```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 17-00833-JJT
Rudy A. Mummey                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-4         User: PRatchfor           Page 1 of 1          Date Rcvd: May 22, 2017
                             Form ID: ntcnfhrg         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
```
db            +Rudy A. Mummey,    1025 Fairground Road,    Lewisburg, PA 17837-6717
4891280      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
4924171       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4891281        Chase Cardmember Services,    PO Box 94014,    Palatine, IL 60094-4014
4891282        Citi Cards,    PO Box 6004,    Sioux Falls, SD 57117-6004
4891283        Citizen's Auto Finance,    PO Box 7000,    Providence, RI 02940-7000
4898250       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
4891284        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
4891285        First National Bank Omaha,    PO Box 2557,    Omaha, NE 68103-2557
4895836       +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4891287       +Madeline Blamble,    5414 Col John Kelly Road,    Lewisburg, PA 17837-7606
4891290       +PNC Bank,    2650 Warrensville Road,    Downers Grove, IL 60515-2074
4891291        Sears Mastercard,    PO Box 6282,    Sioux Falls, SD 57117-6282
4891292        Sears Premier Card,    PO Box 6283,    Sioux Falls, SD 57117-6283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4893748        E-mail/Text: mrdiscen@discover.com May 22 2017 19:10:01      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
4919387        E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2017 19:03:33
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4891286       +E-mail/Text: bk@lendingclub.com May 22 2017 19:10:34      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
4905594        E-mail/PDF: cbp@onemainfinancial.com May 22 2017 19:03:30      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
4891288       +E-mail/PDF: cbp@onemainfinancial.com May 22 2017 19:03:30      One Main Financial,
                 175 AJK Blvd, Suite 109,    Lewisburg, PA 17837-7491
4891289        E-mail/PDF: gecsedi@recoverycorp.com May 22 2017 19:03:48      Paypal Credit,    PO Box 981064,
                 El Paso, TX 79998-1064
4893288       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2017 19:10:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                          Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Brian L. Kerstetter    on behalf of Debtor Rudy A. Mummey crissy@kerstetterlaw.com,
               brian@kerstetterlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Rudy A. Mummey  
dba Long May It Wave!  
Debtor(s)

Chapter 13

Case No. 4:17–bk–00833–JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 21, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: June 23, 2017 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes–Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 570–831–2500/717–901–2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: PRatchford |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 22, 2017 |