UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RUDY A. MUMMEY                    :  CHAPTER 13
       Debtor(s)                          :
                                          :
       CHARLES J. DEHART, III             :
       STANDING CHAPTER 13 TRUSTEE        :
                                          :
       vs.                                :
                                          :
       RUDY A. MUMMEY                     :
       Respondent(s)                      :  CASE NO.   4-17-bk-00833

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   18th   day of May, 2017, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

      1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon the Means Test calculation and specifically disputes
the following amounts:

        a.   Plan payment calculation sum of Lines 34, 35, 36 45.

      2.   The Trustee avers that debtor(s)' plan is not feasible based upon the
following:

        a.   The plan is underfunded relative to claims to be paid – 100% plan.

      3.   The Trustee provides notice to the Court as to the ineffectiveness of debtor(s)
Chapter 13 Plan for the following reasons:

        a.   Failure to use the Model Plan as adopted by the Court.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:


/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097


## CERTIFICATE OF SERVICE

AND NOW, this 7th day of June, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brian Kerstetter, Esquire
1202 West Market Street
Lewisburg, PA 17837


/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee