```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                               Case No. 17-00833-JJT
Rudy A. Mummey                                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: PRatchfor             Page 1 of 1        Date Rcvd: Aug 31, 2017
                              Form ID: orfeedue           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 19:15:45
                 PRA Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
              Brian L. Kerstetter    on behalf of Debtor Rudy A. Mummey crissy@kerstetterlaw.com,
               brian@kerstetterlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

orfeedue(07/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Rudy A. Mummey
dba Long May It Wave!

Chapter 13

Case number 4:17–bk–00833–JJT

Document Number: 21

**Debtor(s)**

### Order Filing Fee Due

A transfer of claim was filed on **August 31, 2017**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **September 7, 2017**.

Dated: August 31, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk