```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 17-00833-JJT
Rudy A. Mummey                                                  Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-4      User: PRatchfor       Page 1 of 1              Date Rcvd: Aug 31, 2017
                          Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4905594         E-mail/PDF: cbp@onemainfinancial.com Aug 31 2017 19:08:53      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
                                                                                            TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              Brian L. Kerstetter    on behalf of Debtor Rudy A. Mummey crissy@kerstetterlaw.com,
               brian@kerstetterlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:17-bk-00833-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Rudy A. Mummey
1025 Fairground Road
Lewisburg PA 17837

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/31/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/17

Terrence S. Miller
**CLERK OF THE COURT**