# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    RUDY A. MUMMEY                    Case No.: 4-17-00833-MJC
                                                                     Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PNC BANK |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 1025 Fairground - PRE-ARREARS - 0447 |
| Property Address if applicable: | 1025 FAIRGROUND ROAD, , LEWISBURG, PA17837 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $805.31 |
| b. | Prepetition arrearages paid by the Trustee: | $805.31 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $805.31 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2022    Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 11

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1186247 | 05/15/2018 | $100.03 | $0.00 | $100.03 |
| 5200 | 1188929 | 07/12/2018 | $412.26 | $0.00 | $412.26 |
| 5200 | 1190292 | 08/09/2018 | $42.00 | $0.00 | $42.00 |
| 5200 | 1191600 | 09/06/2018 | $206.13 | $0.00 | $206.13 |
| 5200 | 1192952 | 10/10/2018 | $44.89 | $0.00 | $44.89 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RUDY A. MUMMEY                                   Case No.: 4-17-00833-MJC
                                                 Chapter 13

　　　　　Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

BRIAN L KERSTETTER, ESQUIRE                     SERVED ELECTRONICALLY
3948 WESTBRANCH HIGHWAY
LEWISBURG PA, 17837-

PNC BANK                                         SERVED BY 1ST CLASS MAIL
3232 NEWMARK DR
MIAMISBURG, OH, 45342

RUDY A. MUMMEY                                   SERVED BY 1ST CLASS MAIL
1025 FAIRGROUND ROAD
LEWISBURG, PA 17837

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2022                             /s/ Liz Joyce
                                                 for Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 Fax: (717) 566-8313
                                                 eMail: info@pamd13trustee.com