United States Bankruptcy Court

Middle District of Pennsylvania

In re:         Case No. 17-00833-MJC

Rudy A. Mummey         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4         User: AutoDocke         Page 1 of 3

Date Rcvd: May 11, 2022         Form ID: 3180W         Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rudy A. Mummey, 1025 Fairground Road, Lewisburg, PA 17837-6717 |
| 4891284 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 4891285 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 4895836 | ++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3129, OMAHA NE 68102-1593 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 4891287 | + | Madeline Blamble, 5414 Col John Kelly Road, Lewisburg, PA 17837-7606 |
| 4942050 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 11 2022 22:53:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4891280 | | EDI: BANKAMER.COM | May 11 2022 22:53:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 4924171 | + | EDI: BANKAMER2.COM | May 11 2022 22:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4898250 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 11 2022 18:50:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 4891282 | | EDI: CITICORP.COM | May 11 2022 22:53:00 | Citi Cards, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 4891283 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 11 2022 18:50:00 | Citizen's Auto Finance, PO Box 7000, Providence, RI 02940-7000 |
| 4938832 | + | EDI: WFNNB.COM | May 11 2022 22:53:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4893748 | | EDI: DISCOVER.COM | May 11 2022 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4891285 | | Email/Text: collecadminbankruptcy@fnni.com | May 11 2022 18:50:00 | First National Bank Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 4895836 | | Email/Text: collecadminbankruptcy@fnni.com | May 11 2022 18:50:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 4891281 | | EDI: JPMORGANCHASE | May 11 2022 22:53:00 | Chase Cardmember Services, PO Box 94014, Palatine, IL 60094-4014 |
| 4937288 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 18:57:24 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4942236 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 18:57:24 | LVNV Funding, LLC its successors and assigns as, assignee of CoastalStates Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4919387 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 18:57:20 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5002521 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 18:57:20 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 4891286 | + | Email/Text: bk@lendingclub.com | May 11 2022 18:50:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 4905594 | | EDI: AGFINANCE.COM | May 11 2022 22:53:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 4891288 | + | EDI: AGFINANCE.COM | May 11 2022 22:53:00 | One Main Financial, 175 AJK Blvd, Suite 109, Lewisburg, PA 17837-7491 |
| 4932927 | | Email/Text: Bankruptcy.Notices@pnc.com | May 11 2022 18:50:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 4891290 | + | Email/Text: Bankruptcy.Notices@pnc.com | May 11 2022 18:50:00 | PNC Bank, 2650 Warrensville Road, Downers Grove, IL 60515-1748 |
| 4963289 | | EDI: PRA.COM | May 11 2022 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4963290 | | EDI: PRA.COM | May 11 2022 22:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4944013 | | EDI: PRA.COM | May 11 2022 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4891289 | | EDI: RMSC.COM | May 11 2022 22:53:00 | Paypal Credit, PO Box 981064, El Paso, TX 79998-1064 |
| 4893288 | + | EDI: PENNDEPTREV | May 11 2022 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4893288 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2022 18:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5110741 | + | Email/Text: bncmail@w-legal.com | May 11 2022 18:50:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5110740 | + | Email/Text: bncmail@w-legal.com | May 11 2022 18:50:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4891291 | | EDI: CITICORP.COM | May 11 2022 22:53:00 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 4891292 | | EDI: CITICORP.COM | May 11 2022 22:53:00 | Sears Premier Card, PO Box 6283, Sioux Falls, SD 57117-6283 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

| District/off: 0314-4 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 3180W | Total Noticed: 33 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian L. Kerstetter | on behalf of Debtor 1 Rudy A. Mummey crissy@kerstetterlaw.com  brian@kerstetterlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Rudy A. Mummey<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–0404<br>EIN __–_____ |
| **Debtor 2**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:17–bk–00833–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rudy A. Mummey
dba Long May It Wave!

**By the court:**

5/11/22

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**